```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  FARMERS' RICE COOPERATIVE,
                                            NO. CIV. S-04-1595 LKK/DAD
12            Plaintiff,
13       v.                                 ORDER RE DISPOSAL
                                            DOCUMENTS AFTER
14  THE QUAKER OATS COMPANY,                NOTIFICATION OF SETTLEMENT
15            Defendant.
                                      /
16
17       Counsel have informed the court that the parties have settled
18  the above-captioned case.  The court now orders that the
19  dispositional documents disposing of the case be filed no later
20  than thirty (30) days from the effective date of this order.
21       All hearing dates heretofore set in this matter are hereby
22  **VACATED.**
23  ////
24  ////
25  ////
26  ////
```

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

IT IS SO ORDERED.

DATED: May 18, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT